LAW OFFICES
*Lightman & Manochi*

GARY P. LIGHTMAN +
GLENN A. MANOCHI *
W. LYLE STAMPS †

+ MEMBER PA NJ DC & FL BARS
* MEMBER PA NJ NY & CT BARS
† MEMBER PA & NJ BARS

1520 LOCUST STREET, 12TH FLOOR
PHILADELPHIA, PA 19102-4401

(215) 545-3000
TELECOPIER (215) 545-3001

NEW JERSEY OFFICE
8 RANOLDO TERRACE
CHERRY HILL, NJ 08034

TELEPHONE (856) 795-9669
TELECOPIER (856) 795-9339

July 9, 2021

Honorable Paul S. Diamond, Judge
United States District Court for the
  Eastern District of Pennsylvania
14614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**VIA ECF FILING**

    Re:    **Wolfdog Medical Supplier, LLC v Greater Dominion Supplies, LLC, Robert Shine and Nicholas Voulgaris**
            **USDC, ED PA, Civil No. 2:20-cv-05589 PD**

Dear Judge Diamond,

      We represent plaintiff in the above-referenced lawsuit. We write this letter to request a one-week extension in the briefing schedule regarding plaintiff's damages in this matter, where Plaintiff's brief would be submitted by July 15, 2021 and Defendants' response would be due by July 22, 2021. Our request is due to the health of plaintiff's principal, who recently finished medical treatment. We would also request that any testimony necessary be provided to the Court via affidavit and/or remote appearance, in whatever manner Your Honor prefers. This would allow plaintiff's principal to avoid exposure while her immune system is recovering.

      Thank you for Your Honor's consideration. Please feel free to contact us, should the Court have any questions or should the Court desire any further information from us.

                              Respectfully,

                              /s/ W. Lyle Stamps
                              LIGHTMAN & MANOCHI
                              Attorneys for plaintiff

WLS:no
cc:     Gary P. Lightman, Esquire
        Robert Shine (via email Robertshine41@gmail.com)
        Nicholas Voulgaris (via email Nickonthenet@gmail.com)
        clients