IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WOLFDOG MEDICAL SUPPLIER, LLC,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civ. No. 20-5589 |
| | : | |
| **GREATER DOMINION SUPPLIES, et al.** | : | |
| **Defendant.** | : | |

## ORDER

On June 30, 2021, I entered default judgment against Defendants Robert Shine and Nicholas Voulgaris, who had repeatedly failed to comply with my Orders or otherwise participate in this action since filing their answer. (Default Judgment, Doc. No. 23.) I deferred entry of final judgment, however, and ordered briefing regarding damages. (Id.) Plaintiff has now provided its damages brief and extensive supporting evidence, along with a renewed request for entry of a default and final judgment against Defendant Greater Dominion Supplies. (Mot. for Final Judgment, Doc. No. 26.) I had denied without prejudice an earlier default request as to GDS because the request was improperly filed with the Clerk rather than the Court. (Doc. No. 19.) That error has now been cured and default against GDS—which has never appeared or answered—is appropriate. Defendants have once again not filed responsive briefing, thus again failing to comply with my Order. Accordingly, I will treat Plaintiff's request for default and final judgment as uncontested. See United States District Court for the Eastern District of Pennsylvania Loc. R. Civ. P. 7.1(c) ("Unless the Court directs otherwise, any party opposing the motion shall serve a brief in opposition together with such answer or other response that may be appropriate, within fourteen (14) days after service of the motion and supporting brief. *In the absence of timely response, the motion may be granted* as uncontested except as provided under Fed. R. Civ. P. 56." (emphasis supplied)).

Having reviewing Plaintiff's Motion and supporting evidence, I find that Plaintiff's damages calculation is reasonable and its damages request appropriate. Accordingly, I will: enter a default judgment against Defendant Greater Dominion Supplies; and enter final judgment against Defendants Greater Dominion Supplies, Robert Shine, and Nicholas Voulgaris. An appropriate Judgment follows.

**AND IT IS SO ORDERED:**

Dated: August 18, 2021   /s/ *Paul S. Diamond*

Paul S. Diamond, J.